**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                             CASE NO.  5:17cr32-RH

AMANDA GIOVANNI,

       Defendant.

_____/

**ORDER ON THE MOTION TO SUPPRESS STATEMENTS
IN RESPONSE TO QUESTIONING IN KURDISTAN**

The defendant Amanda Giovanni has moved to suppress statements she made in response to questioning in Kurdistan on three occasions: in December 2015, May 2016, and June 2016. The government has acknowledged that the May and June 2016 statements were involuntary and cannot be introduced at trial for any purpose. This order denies the motion to suppress the December 2015 statements.

Those statements were made in response to questioning by an agent of the Federal Bureau of Investigation and a State Department official. The statements were voluntarily given after warnings complying with *Miranda v. Arizona*, 384 U.S. 436 (1966), tempered only by accurate, noncoercive information about the

delay that might be occasioned if Ms. Giovanni invoked her right to speak with an attorney.

For these reasons and those set out on the record of the suppression hearing on May 16, 2018,

IT IS ORDERED:

1. The motion to suppress statements made in Kurdistan, part of ECF No. 74, is granted in part and denied in part.

2. Unless authorized on a request made outside the jury's hearing, Ms. Giovanni's statements in response to questioning while detained in May and June 2016 (or at other times while detained in a Kurdish prison in the same manner as in May and June 2016) must not be mentioned in the jury's hearing or suggested to the jury in any way.

3. Ms. Giovanni's statements in response to questioning in December 2015 are not excluded.

SO ORDERED on May 29, 2018.

s/Robert L. Hinkle
United States District Judge