IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:17cr32-RH

AMANDA GIOVANNI,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO SUPPRESS EMAIL MATERIALS

The defendant Amanda Giovanni has moved to suppress materials seized from her email account pursuant to a search warrant. The warrant did not include protocols for conducting the search. Ms. Giovanni says the result was a constitutionally prohibited general search. And she says officers seized material beyond what the warrant authorized.

This order confirms the ruling announced on the record of the suppression hearing on May 16, 2018.

The officers followed a reasonable protocol in conducting the search. The protocol was not in the warrant, but this did not render the warrant defective. *See United States v. Khanani*, 502 F.3d 1281, 1290 (11th Cir. 2007). And in any event,

the warrant was not so plainly defective that officers could not rely on the warrant in good faith. *See United States v. Leon*, 468 U.S. 897 (1984).

The officers seized only material authorized by the warrant.

For these reasons and those set out on the record of the hearing,

IT IS ORDERED:

The motion to suppress the materials seized from the email account, ECF No. 78, is denied.

SO ORDERED on June 25, 2018.

s/Robert L. Hinkle  
United States District Judge
